| DISTRICT COURT, COUNTY OF BOULDER, COLORADO<br><br>Court Address:<br>1777 Sixth St<br>Boulder, CO 80302 | DATE FILED<br>April 30, 2026 2:20 PM<br>CASE NUMBER: 2026CV30163 |
|---|---|
| Applicant:<br>Freedom Mortgage Corporation<br>vs.<br><br>Respondent(s):<br>Stephen Hayes | ▲ COURT USE ONLY ▲ |
| | Case Number: 2026CV30163<br><br>Div.:2 |
| **AMENDED ORDER AUTHORIZING SALE** | |

WHEREAS, pursuant to the Notice of Rule 120 Motion and Order Authorizing Sale Response Deadline filed, posted and mailed, the response deadline in this proceeding was March 9, 2026

WHEREAS, Respondent Stephen Hayes ("Respondent") filed a Verified Response to a Rule 120 Notice on March 3, 2026, and the Court set the matter for hearing on April 7, 2026, which is the date the hearing was scheduled pursuant to C.R.C.P. 120(d)(3);

WHEREAS, both Applicant Freedom Mortgage Corporation ("Applicant") and Respondent appeared via WebEx at the hearing on April 7, 2026 at 1:30 p.m.;

WHEREAS, Alison Bielby, a representative of Applicant, testified at the hearing. Through the testimony of Ms, Bielby, Applicant introduced Exhibits 1 – 5, which were admitted by the Court.

WHEREAS, Stephen Hayes, Grantor, by Deed of Trust dated 2/23/2018, recorded 3/1/2018, at reception number 03643056, in the records of the Clerk and Recorder of the County of Boulder, Colorado (the "Deed of Trust"), to secure payment of a Promissory Note of even date therewith for the principal sum of $390,000.00 (the "Note"), as provided in said Deed of Trust, conveyed to the Boulder County Public Trustee, on the terms set forth in said Note and Deed of Trust, the following described property situate in said County, to wit:

See Attached Exhibit A

also known as (street address): 6880 Lefthand Canyon Drive, Jamestown, CO 80455.

MH CO-25-1029982-JH

7700 E. Arapahoe Road, Suite 230
Centennial, CO 80112

EXHIBIT 6

THE COURT FINDS that venue is proper per C.R.C.P. 120(d)(2); there is a reasonable probability that the default or other circumstances alleged in the Motion to justify invocation of the power of sale has occurred; that an Order Authorizing Sale is otherwise proper under the Soldiers' and Sailors' Civil Relief Act of 1940, as amended and renamed the Servicemembers Civil Relief Act (U.S.C. §501, et. seq.); that the provisions of Rule 120 of the Rules of Civil Procedure have been complied with; that the moving party is entitled to an order authorizing sale; and that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that a sale of the real property by the Public Trustee in the above said County in the State of Colorado, under a power of sale, pursuant to statute and the provisions of that certain Deed of Trust described above, be and the same hereby is, authorized by this Court.

IT IS FURTHER ORDERED that a return of such sale be made to this Court for its approval.

Dated:    April 30, 2026

BY THE COURT:

DISTRICT COURT JUDGE / MAGISTRATE

Foreclosure Number 25-28666 (for reference only and subject to change – order not invalid if different or no public trustee's number)
Boulder County, Colorado

MH CO-25-1029982-JH

7700 E. Arapahoe Road, Suite 230
Centennial, CO 80112

EXHIBIT A

PARCEL A:

A TRACT OF LAND PARTIALLY LOCATED IN SECTION 5, TOWNSHIP 1 NORTH, RANGE 71 WEST OF THE 6TH PRINCIPAL MERIDIAN, AND IN SECTION 32, TOWNSHIP 2 NORTH, RANGE 71 WEST OF THE 6TH PRINCIPAL MERIDIAN, SAID LAND BEING A PORTION OF THE TONY PLACER MINERAL SURVEY LOT NO. 5826, GOLD HILL AND CENTRAL MINING DISTRICTS, DESCRIBED AS FOLLOWS:

BEGINNING AT CORNER NO. 2 OF SIAD TONY PLACER, THENCE NORTHERLY ALONG LINE 2-3 A DISTANCE OF 390.00 FEET TO CORNER NO. 3, THENCE NORTHEASTERLY ALONG LINE 3-4 A DISTANCE OF 122.8 FEET, MORE OR LESS, TO THE SOUTHWEST CORNER OF A TRACT OF LAND DESCRIBED IN DEED RECORDED FEBRUARY 01, 1962 IN BOOK 1217 AT PAGE 588; THENCE EASTERLY, ALONG THE SOUTHLINE OF SAID TRACT DESCRIBED IN DEED RECORDED FEBRUARY 1, 1962 IN BOOK 1217 AT PAGE 588 TO A POINT ON THE CENTERLINE OF LEFT HAND CREEK; THENCE SOUTHERLY ALONG THE CENTERLINE OF LEFT HAND CREEK A DISTANCE OF 761.7 FEET, MORE OR LESS, TO A POINT ON A LINE EXTENDED FROM CORNER NO. 2 TO CORNER NO. 29 OF SAID TONY PLACER; THENCE WESTERLY ALONG SAID LINE 2-29 TO THE TRUE POINT OF BEGINNING, COUNTY OF BOULDER, STATE OF COLORADO.

PARCEL B:

A 16 FOOT WIDE ACCESS EASEMENT FOR INGRESS AND EGRESS AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

A STRIP OF LAND 16.00 FEET IN WIDTH LOCATED IN THE TONY PLACER SURVEY NO. 5826 AND EXTENDED FROM THE APPROXIMATE CENTERLINE OF LEFT HAND CANYON DRIVE (BOULDER COUNTY ROAD NO. 106) SOUTHWESTERLY TO THE CENTER LINE OF LEFT HAND CREEK, SAID STRIP OF LAND BEING 8.0 FEET ON EACH SIDE OF THE FOLLOWING DESCRIBED CENTERLINE:

COMMENCING AT CORNER NO. 2 OF SAID TONY PLACER FROM WHICH CORNER NO. 1 OF SAID TONY PLACER BEARS SOUTH 26 DEGREES 27 MINUTES 00 SECONDS WEST; THENCE SOUTH 86 DEGREES 49 MINUTES 30 SECONDS EAST, 89.30 FEET ALONG A LINE THAT EXTENDS FROM CORNER NO. 2 OF SAID TONY PLACER TO CORNER NO. 29 OF SAID TONY PLACER TO THE APPROXIMATE CENTER LINE OF SAID LEFT HAND CANYON DRIVE; THENCE NORTH 3 DEGREES 36 MINUTES 50 SECONDS EAST, 141.80 FEET ALONG THE APPROXIMATE CENTERLINE OF SAID LEFT HAND CANYON DRIVE; THENCE NORTH 1 DEGREES 22 MINUTES 30 SECONDS WEST, 144.70 FEET ALONG THE APPROXIMATE CENTERLINE OF SAID LEFT HAND CANYON DRIVE TO THE TRUE POINT OF BEGINNING; THENCE SOUTH 75 DEGREES 34 MINUTES 10 SECONDS WEST, 60 FEET, MORE OR LESS, TO THE CENTERLINE OF SAID LEFT HAND CREEK AND THE POINT OF TERMINATION, COUNTY OF BOULDER, STATE OF COLORADO.

MH CO-25-1029982-JH

7700 E. Arapahoe Road, Suite 230
Centennial, CO 80112