**CERTIFICATE OF CONFERRAL**

Plaintiff, Stephen Hayes conferred with all defense counsel via email between May 29th, 2026 & June 5th, 2026 & the parties confirm that unanimous consent does not exist and at least one party declines to consent to Magistrate Judge Jurisdiction.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5th, 2026, I electronically filed the foregoing **ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeremy D. Johnston
Assistant Colorado Attorney General II/ jeremy.johnston@coag.gov
Attorney for Elizabeth H. Kelley

Holly R. Shilliday
McCarthy & Holthus, LLP/ hshilliday@mccarthyholthus.com
Attorney for Freedom Mortgage Corporation & Steven Bellanti

Kevin McCaffrey
Assistant County Attorney/ kmccaffrey@bouldercounty.gov
Colin J. Mayberry
Assistant County Attorney/ cmayberry@bouldercounty.gov
Counsel for Defendants Paul Weissmann and Amy Schiano

*s/* Stephen Hayes
Stephen Hayes, Plaintiff Pro Se

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26 -cv- 01227 - RMR-KAS

_Stephen Hayes_ ,

　　Plaintiff(s),

v.

_Elizabeth H. Kelley, et al.,_ ,

　　Defendant(s).

---

**ELECTION CONCERNING CONSENT/NON-CONSENT TO
UNITED STATES MAGISTRATE JUDGE JURISDICTION**

---

Under 28 U.S.C. § 636(c) and

(1)　　D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2)　　Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3)　　D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

☐　　all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

☒　　at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

Stephen Hayes
_____
Printed name

_____
Signature

Plaintiff, Pro Se
_____
Party represented

06/05/2026
_____
Date

_____
Printed name

_____
Signature

_____
Party represented

_____
Date

_____
Printed name

_____
Signature

_____
Party represented

_____
Date

**NOTE:**   You are directed to confer with all parties in this action and execute and file with the Court this Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of (1) no later than seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint. All parties must either consent to the exercise of magistrate judge jurisdiction, or any party may decline to consent. In either event, **filing of the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction is mandatory**, indicating either the unanimous consent of the parties or that at least one party has declined to consent.