**STATEMENT BY ATTORNEY FOR QUALIFIED HOLDER PURSUANT TO 38-38-101, C.R.S.**

McCarthy Holthus, LLP, as attorney for Freedom Mortgage Corporation ("Qualified Holder"), provide the below statement to the County Public Trustee of BOULDER County, Colorado, that the following is true and correct, to the best of our knowledge, following reasonable inquiry:

Check Applicable boxes:

[x]  1.  Qualified Holder is the holder of the original evidence of debt. A true and correct copy of the evidence of debt, except for redaction of any non-public information and personal identifying information required by applicable federal or state law, is attached thereto.

[x]  2.  Qualified Holder is the current beneficiary of Deed of Trust. A true and correct copy of the recorded Deed of Trust, except for redaction of any non-public information and personal identifying information required by applicable federal or state law, is attached hereto.

[ ]  3.  Qualified Holder of the evidence of debt acknowledges that a true and correct copy(ies) of modification(s), except for redaction of any non-public information and personal identifying information required by applicable federal or state law, is (are) attached hereto.

[x]  4.  Qualified Holder of the submitted copies of the evidence of debt and recorded Deed of Trust are true and correct except for redaction of: the loan number on the Deed of Trust and Note; FHA case number on the Deed of Trust and Note; MIN on the Deed of Trust and Note; truncated portion of the bar code containing loan number on the Deed of Trust – Pursuant to:

    a.  The Gramm-Leach- Bliley Act Sec 501(b) is 15 U.S.C. 6801

    b.  The Identity Theft and Assumption Deterrence Act amended the language of 18 U.S.C. 1028

    c.  The USA PATRIOT Act Sec 314 is 31 U.S.C. 5311

[ ]  5.  Qualified Holder of the evidence of debt acknowledges that a true and correct copy of the recorded partial release of the Deed of Trust , except for redaction of any non-public information and personal identifying information required by applicable federal or state law, is attached hereto.

[x]  6.  Qualified Holder is one of the following entities described in Section 38-38-100(20) C.R.S.:

    [ ] (a)  A bank as defined in section 11-101-401(5), C.R.S.;

    [ ] (c)  A federally chartered savings and loan association doing business in Colorado or a savings and loan association chartered under the "Savings and Loan Association Law", articles 40 to 46 of title II, C.R.S.;

    [ ] (d)  A supervised lender, as defined in section 5-1-301(46), C.R.S., that is licensed to make supervised loans pursuant to section 5-2-302, C.R.S., and that is either: (I) A public entity, which is an entity that has issued voting securities that are listed on a national security exchange registered under the federal "Securities Exchange Act of 1934," as amended; or (II) An entity in which all of the outstanding voting securities are held, directly or indirectly, by a public entity;

    [ ] (e)  An entity in which all of the outstanding voting securities are held, directly or indirectly, by a public entity also owns, directly or indirectly, all of the voting securities of a supervised lender as defined in section 5-1-301(46), C.R.S., that is licensed to make supervised loans pursuant to section 5-2-302, C.R.S.;

    [x] (f)  A Federal Housing Administration approved mortgagee;

    [ ] (g)  A federally chartered credit union doing business in Colorado or a state chartered

CO-25-1029982-JH

**MOVANT'S REPLY APPX 1**                    COUNTY-0014

credit union, as defined in section 11-30-101 C.R.S.;

(h)    An agency or department of the federal government;

(i)    An entity created or sponsored by the federal or state government that originates, insures, guarantees, or purchases loans or a person acting on behalf of such an entity to enforce an evidence of debt or deed of trust securing an evidence of debt;

(j)    A community development financial institution that has been certified and maintains such current status from the community development financial institutions fund administered by the United States department of the treasury, referred to in this section as the "fund". In order to be a qualified holder under this article, the community development financial institution must: (I) Be a legal entity; (II) Have a primary mission of promoting community development; (III) Be a financing entity; (IV) Primarily serve one or more target markets as defined by the fund; (V) Promote development services in conjunction with its financing activities; (VI) Maintain accountability to its defined target market; and (VII) Be a nongovernmental entity and not be under the control of any governmental entity except that a tribal government is exempt from the requirements of this subparagraph (VII);

(k)    Any entity with active certification under the fund that originates, insures, guarantees, or purchases loans or a person acting on behalf of such an entity to enforce an evidence of debt or the deed of trust securing an evidence of debt; (k.5) a private company that originates, insures, guaranties, or purchases loans on behalf of a holder of evidence of debt that is secured by a deed of trust encumbering a time share estate as defined in section 38-33-110(5), with a minimum of five million dollars in assets or not less than one thousand active loans; or

(l)    Any entity listed in paragraphs (a) to (k) of this subsection (20) acting in the capacity of agent, nominee except as otherwise specified in subsection (10) of this section, or trustee for another person.

The Qualified Holder of the evidence of debt agrees that it is obligated to indemnify and defend any person liable for repayment of any portion of the original evidence of debt in the event that the original evidence of debt is presented for payment to the extent of any amount other that the amount of a deficiency remaining under the evidence of debt after deducting the bid amount at sale, and any person who sustains a loss due to any title defect that results for reliance upon a foreclosure sale at which the original evidence of debt was not presented, subject to the limitations set forth in 38-38-101(2)(a)-(c), C.R.S.

McCarthy & Holthus, LLP

Date: 12/1/2025

By: _____
_ Holly Shilliday Attorney Reg No. 24423
_ Ilene Dell'Acqua Attorney Reg No. 31755
_ Donna Bakalor Attorney Reg No. 38854
x Steven Bellanti Attorney Reg No. 48306
7700 E. Arapahoe Road, Suite 230
Centennial, CO 80112
Telephone: 877-369-6122
Attorney for Qualified Holder

Qualified Holder's Address:
P.O. Box 50428
Indianapolis, IN 46250-0401

CO-25-1029982-JH

Unofficial

**MOVANT'S REPLY APPX 2**          **COUNTY-0015**