IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01227-RMR-KAS

STEPHEN HAYES,

Plaintiff,

v.

ELIZABETH H. KELLEY, in her individual capacity and not in her official capacity,
FREEDOM MORTGAGE CORPORATION,
AMY SHIANO, in her individual capacity and not in her official capacity,
PAUL WEISSMANN, in his individual capacity and not in his official capacity, and
STEVEN BELLANTI, Counsel in his individual capacity and not in a professional capacity, Atty. For Freedom Mortgage Corporation,

Defendants.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Plaintiff's **Notice of Voluntary Dismissal Without Prejudice of Defendants Kelley, Shiano/Schiano, and Weissmann Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)** [#46], which is a self-effectuating notice of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff's claims against Defendants Kelley, Shiano, and Weissmann were dismissed without prejudice as of the filing of the Notice. Accordingly, the Clerk of Court is **directed** to terminate Defendants Kelley, Shiano, and Weissmann as defendants in this action.

IT IS FURTHER **ORDERED** that the Motions to Dismiss [#21, #23] filed by Defendants Kelley, Shiano, and Weissmann are **DENIED as moot**. The Motion to Dismiss [#27], however, was filed by Defendants Freedom Mortgage Corporation and Steven Bellanti, who Plaintiff did not voluntarily dismiss as parties to this action. Therefore, the Notice of Voluntary Dismissal [#46] does not moot the Motion to Dismiss [#27]. The Court recognizes that Plaintiff has filed an opposed Motion for Leave to Amend Complaint [#47]. The remaining Defendants' deadline to respond to that Motion [#47] is **August 31, 2026**, and an Order will issue in due course.

Dated: August 12, 2026